Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorneys for Plaintiff
Arthur Owens

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, Bar No. 259019
kgao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant
BRIXMOR ARBOR FAIRE OWNER, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>BRIXMOR ARBOR FAIRE OWNER, LP; ERNEST APPLE dba L & L HAWAIIAN BBQ; HOME DEPOT U.S.A., INC., dba HOME DEPOT #663;<br><br>                    Defendants. | Case No. 1:16-cv-00109-EPG<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE; ORDER**<br><br>Complaint Served:  January 28, 2016<br>Current Response Date:  March 17, 2016<br>New Response Date:  March 31, 2016 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 86919441.1

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
1:16-CV-00109-EPG

WHEREAS, Plaintiff Arthur Owens ("Plaintiff") filed his Complaint on January 22, 2016;

WHEREAS, Plaintiff served his Complaint on Defendant Brixmor Arbor Faire Owner, LP ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties") on January 28, 2016;

WHEREAS, the Parties previously stipulated to an extension of Defendant's deadline to respond to Plaintiff's Complaint to March 17, 2016;

WHEREAS, the Parties' respective counsel have met and conferred and stipulated to an additional two-week extension of time for Defendant to respond to Plaintiff's Complaint; and

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended by two weeks to March 31, 2016.

Dated: March   , 2016                MOORE LAW FIRM, P.C.

                                     By _____
                                        TANYA E. MOORE
                                        Attorney for Plaintiff
                                        ARTHUR OWENS

Dated: March   , 2016                MORGAN, LEWIS & BOCKIUS LLP

                                     By _____
                                        KATHY H. GAO
                                        Attorney for Defendant
                                        BRIXMOR ARBOR FAIRE OWNER, LP

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 86919441.1

1

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
1:16-CV-00109-EPG

**ORDER**

After considering the Parties' Joint Stipulation to Extend Defendant's Responsive Pleading Deadline (a fully executed version of which is located at ECF No. 18), and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendant Brixmor Arbor Faire Owner, LP to respond to Plaintiff's Complaint is continued by two weeks to **March 31, 2016**.

IT IS SO ORDERED.

Dated:   **March 18, 2016**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 86919441.1

1

ORDER
1:16-CV-00109-EPG