BRADY K. McGUINNESS (SBN: 172548)
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendant ERNEST APPLE,
dba L & L HAWAIIAN BBQ

TANYA E. MOORE #206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, CA 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

Attorney for Plaintiff, ARTHUR OWENS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRIXMOR ARBOR FAIR OWNER, LP; ERNEST APPLE dba L & L HAWAIIAN BBQ; HOME DEPOT U.S.A., INC, dba HOME DEPOT #663,<br><br>　　　　Defendant(s). | NO.   1:16-CV-00109 -- EPG<br><br>**SECOND STIPULATION AND ORDER TO EXTEND FILING DATE FOR RESPONSE TO THE COMPLAINT PURSUANT TO UNITED STATES DISTRICT COURT (EASTERN DISTRICT) LOCAL RULES, RULE 144**<br><br>Complaint Served: February 13, 2016<br>New Response Date: April 18, 2016 |

　　　Plaintiff Arthur Owens ("Plaintiff") and Defendant Ernest Apple dba L & L Hawaiian BBQ ("Defendant"), by and through their counsel of record, hereby stipulate to a second extension of time such that Defendant shall have until April 18, 2016 to respond to the Complaint.

　　　Good cause exists for this extension so that the parties may continue to evaluate the alleged access barriers set forth in Plaintiff's Complaint and to discuss the possibility of an

informal resolution of this dispute without the time and expense of further litigation. In particular, permitting this extension of time to respond to the Complaint will allow Defendant to avoid the cost of preparing and filing a formal response to the Complaint if the parties are able to settle this Action prior to April 18, 2016. This is Defendant's second request for an extension. This extension will not alter any dates or deadlines already set by Court order, including the mandatory scheduling conference set for April 26, 2016 and the joint scheduling report due on April 19, 2016.

**IT IS SO STIPULATED**.

Dated:  April 1, 2016                                          MOORE LAW FIRM, P.C.


By  /s/ Tanya E. Moore
     Tanya E. Moore
     Attorney for Plaintiff, Arthur Owens


Dated:  April 1, 2016                                          COLEMAN & HOROWITT, LLP


By  /s/ Brady K. McGuinness
     Brady K. McGuinness
     Attorney for Defendant, Ernest Apple
     dba L & L Hawaiian BBQ


IT IS SO ORDERED.

Dated:  **April 1, 2016**                         /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

**ORDER**

Based on the above stipulation, and good cause appearing therein, the deadline for Defendant Ernest Apple dba L&L Hawaiian BBQ to respond to Plaintiff's Complaint is continued by two weeks to **April 18, 2016**.