Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorneys for Plaintiff
Arthur Owens

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, Bar No. 259019
kgao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant
BRIXMOR ARBOR FAIRE OWNER, LP

*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>             Plaintiff,<br><br>      vs.<br><br>BRIXMOR ARBOR FAIRE OWNER, LP; ERNEST APPLE dba L & L HAWAIIAN BBQ; HOME DEPOT U.S.A., INC., dba HOME DEPOT #663;<br><br>             Defendants. | Case No. 1:16-cv-00109-EPG<br><br>[Currently Assigned to U.S. Magistrate Judge Hon. Erica P. Grosjean]<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND TIME FOR DEFENDANT ERNEST APPLE DBA L & L HAWAIIAN BBQ TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>Date:     April 26, 2016<br>Time:    9:00 a.m.<br>CtRm:   10 (6th Floor) |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND TIME FOR
DEFENDANT ERNEST APPLE DBA L & L HAWAIIAN BBQ TO RESPOND TO PLAINTIFF'S COMPLAINT
1:16-CV-00109-EPG

DB1/ 87340120.1

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  MICHAEL J. CHILLEEN, Cal. Bar No. 210704
   650 Town Center Drive, 4th Floor
4  Costa Mesa, California 92626-1993
   Telephone: 714.513.5100
5  Facsimile: 714.513.5130

6  Attorneys for Defendant HOME DEPOT
   U.S.A., INC.
7

   BRADY K. McGUINNESS (SBN:  1472548)
8  COLEMAN & HOROWITT, LLP
   Attorneys at Law
9  499 West Shaw, Suite 116
   Fresno, California 93704
10 Telephone:  (559) 248-4820
   Facsimile:  (559) 248-4830
11
   Attorneys for Defendant ERNEST APPLE,
12 dba L & L HAWAIIAN BBQ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND TIME FOR
DEFENDANT ERNEST APPLE DBA L & L HAWAIIAN BBQ TO RESPOND TO PLAINTIFF'S COMPLAINT
1:16-CV-00109-EPG

DB1/ 87340120.1

WHEREAS, Plaintiff Arthur Owens ("Plaintiff") filed his Complaint on January 22, 2016;

WHEREAS, on January 25, 2016, this Court set a Scheduling Conference for April 26, 2016, at 9:00 a.m.;

WHEREAS, on February 18, 2016, Defendant HOME DEPOT U.S.A., INC. filed its Answer to Plaintiff's Complaint [Dkt. No. 13];

WHEREAS, on February 24, 2016, Defendant Brixmor Arbor Faire Owner, LP filed a Declination to Proceed Before U.S. Magistrate Judge [Dkt. No. 16];

WHEREAS, this action has not been assigned to a United States District Judge;

WHEREAS, on March 31, 2016, Defendant Brixmor Arbor Faire Owner, LP filed its Answer to Plaintiff's Complaint [Dkt. No. 20];

WHEREAS, the deadline for Defendant Ernest Apple dba L & L Hawaiian BBQ to respond to Plaintiff's Complaint is April 18, 2016;

WHEREAS, the parties have agreed to a settlement in principle of this action and are in the process of revising the settlement agreement;

WHEREAS, the parties' respective counsel have met and conferred and agreed that in the interest of economy, the April 26, 2016 Scheduling Conference should be continued by approximately 60 days – to a date on or after June 28, 2016 at the Court's convenience – to allow the parties sufficient time to finalize the settlement in this action, which would eliminate the need for a Scheduling Conference.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the parties' respective counsel as follows:

1. The April 26, 2016 Scheduling Conference be continued by approximately 60 days – to a date on or after June 28, 2016 at the Court's convenience – to allow the parties sufficient time to finalize the settlement in this action, which would eliminate the need for a Scheduling Conference; and

1
JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND TIME FOR DEFENDANT ERNEST APPLE DBA L & L HAWAIIAN BBQ TO RESPOND TO PLAINTIFF'S COMPLAINT
1:16-CV-00109-EPG
DB1/ 87340120.1

2. Defendant Ernest Apple dba L & L Hawaiian BBQ's time to respond to Plaintiff's Complaint be extended to June 7, 2016.

| | |
|---|---|
| Dated: April 18, 2016 | MOORE LAW FIRM, P.C. |
| | By  */s/ Tamya E. Moore*<br>TANYA E. MOORE<br>Attorney for Plaintiff<br>ARTHUR OWENS |
| Dated: April 18, 2016 | MORGAN, LEWIS & BOCKIUS LLP |
| | By  */s/ Kathy H. Gao*<br>KATHY H. GAO<br>Attorney for Defendant<br>BRIXMOR ARBOR FAIRE OWNER, LP |
| Dated: April 18, 2016 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | By  */s/ Gregory F. Hurley*<br>GREGORY F. HURLEY<br>Attorney for Defendant<br>HOME DEPOT U.S.A., INC. |
| Dated: April 18, 2016 | COLEMAN & HOROWITT, LLP |
| | By  */s/ Brady K. McGuinness*<br>BRADY K. McGUINNESS<br>Attorney for Defendant ERNEST APPLE, dba L & L HAWAIIAN BBQ |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2
JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND TIME FOR DEFENDANT ERNEST APPLE DBA L & L HAWAIIAN BBQ TO RESPOND TO PLAINTIFF'S COMPLAINT
1:16-CV-00109-EPG

DB1/ 87340120.1

**ORDER**

After considering the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. The Scheduling Conference currently set for April 26, 2016, at 9:00 a.m. is continued to June 29, 2016 at 9:00 a.m; and

2. Defendant Ernest Apple dba L & L Hawaiian BBQ's time to respond to Plaintiff's Complaint is extended to June 7, 2016.

IT IS SO ORDERED.

Dated:   **April 20, 2016**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

1

ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND TIME FOR DEFENDANT ERNEST APPLE DBA L & L HAWAIIAN BBQ TO RESPOND TO PLAINTIFF'S COMPLAINT

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 87340120.1                                                              1:16-CV-00109-EPG